## PHONOMETRICS, INC., Plaintiff–Appellant,

v.

## HOLIDAY INNS, INCORPORATED and Inter–Continental Hotels Corporation, Defendants–Appellees.

No. 04–1521.

United States Court of Appeals, Federal Circuit.

April 5, 2005.

Before MAYER, RADER, and GAJARSA, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

## PHONOMETRICS, INC., Plaintiff–Appellant,

v.

## HYATT CORPORATION, Defendant.

No. 04–1520.

United States Court of Appeals, Federal Circuit.

April 5, 2005.

Before MAYER, RADER, and GAJARSA, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.